UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-79-1D(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| GEORGE IAN RICHARDSON ) | |

The Grand Jury charges that:

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, GEORGE IAN RICHARDSON, an alien, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL
REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

2/17/2021
DATE

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney