IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:21-CR-00079-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| GEORGE IAN RICHARDSON | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss, without prejudice, the pending Indictment relative to the above captioned defendant.

After due consideration, for good cause shown, and for the reasons stated in the government's motion, the Court hereby GRANTS the government's motion and ORDERS the subject Indictment DISMISSED without prejudice.

So ORDERED, this __6__ day of __June__, 2022.

JAMES C. DEVER III
United States District Judge